UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FENIX PARTNERS GROUP, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SLAP GEAR PROTECTIVE, LLC, et al.,<br><br>Defendants. | Case No. 22-cv-02653-SVK<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; EXTENDING STAY**<br><br>Re: Dkt. Nos. 29, 33 |

The Court is in receipt of the Parties' Joint Status Report. Dkt. 33. In light of the Parties' representations that Plaintiffs are still attempting to serve Defendant T&T with a copy of the Complaint and Summons and that the Parties have reached a tentative global settlement, the Court **ORDERS** as follows:

- The case management conference set for December 13, 2022 is **VACATED**.
- The stay is extended for 90 days.
- The Parties that have settled shall file a stipulation of dismissal by March 7, 2023. If a dismissal is not filed by March 7, 2023, the settling Parties shall appear by videoconference on March 14, 2023, at 10:00 a.m. and show cause, if any, why the case should not be dismissed. Additionally, the settling Parties shall file a statement in response to this Order no later than March 7, 2023, describing with specificity (1) the Parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor, and the minimum amount of time required to finalize the settlement and file the dismissal. If a dismissal is filed by March 7, 2023, the Order to Show cause hearing will be automatically vacated, and the Parties need not file a statement in response to this Order.

- The non-settling Parties shall file a joint case management conference statement by March 7, 2023, with a proposed case schedule and shall appear by videoconference for a case management conference on March 14, 2023, at 9:30 a.m.

**SO ORDERED.**

Dated: December 9, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge

2